**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00403-CR

**HEATHER STORER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31208-S**

## ORDER

The Court **REINSTATES** the appeal.

This appeal has been pending for more than one year. The trial court's judgment reflects that appellant was convicted of fraudulent use/possession of identifying information. The trial court certified that appellant has the right to appeal. The reporter's record was due June 21, 2013. When the record was not filed by August 9, 2013, this Court ordered the trial court to make findings regarding why the record had not been filed. On August 27, 2013, the Court received a letter from court reporter Joseph Phillips stating the record was ready, but that appellant, who is represented by retained counsel, had not yet paid for the record. By letter dated September 10, 2013, the Court directed Mr. Phillips to bring the issues raised in the letter to the trial court's attention in connection with the abatement hearing.

On October 28, 2013, appellant's counsel filed a motion to dismiss the appeal based on appellant's failure to communicate with him. Because the motion was not signed by appellant as required by Texas Rule of Appellate Procedure 42.2(a), the Court sent counsel a letter stating that the Court could not act on the motion and directed counsel to bring the issue to the trial court's attention in connection with the abatement hearing.

When the Court still had not received the trial court's findings by November 14, 2013, the Court ordered the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court, to make findings regarding why the reporter's record had not been filed. The findings were due within thirty days. On February 18, 2014, appellant's counsel filed a motion to withdraw, again citing appellant's failure to communicate with him. Because the appeal was abated, the Court sent counsel a letter directing him to bring this issue to the trial court's attention in connection with the abatement hearing. To date, the Court has not received the findings or the reporter's record, nor have we received any communication from the trial court regarding the status of the findings.

This appeal cannot proceed to disposition until the issue of the reporter's record, including the issue of whether appellant even desires to continue the appeal, has been resolved.

Accordingly, this Court **ORDERS** the Honorable Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to refer this matter to the Presiding Judge of the Dallas County District Courts for a determination of whether this case should be transferred from the 282nd Judicial District Court to another court to provide for the "efficient operation of the court system and effective administration of justice." *See* TEX. GOV'T CODE ANN. § 74.092(10) (West 2013). If the Presiding Judge of the Dallas County District Courts is not able to perform his or

her duties, we **ORDER** the Honorable Mary Murphy, to perform that duty in accordance with Texas Government Code section 74.046(5). *See id.* § 74.046(5).

Specifically, we **ORDER** that findings be made regarding the following:

- Whether appellant desires to prosecute the appeal. If appellant's presence cannot be obtained for the hearing, we **ORDER** that the hearing be conducted in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.).

- If appellant does not desire pursue the appeal, a finding shall be made to that effect.

- If appellant does desire to pursue the appeal, a finding shall be made regarding whether Abe Factor will continue as appellant's attorney of record or should be permitted to withdraw.

- If Mr. Factor is permitted to withdraw, a finding shall be made regarding whether appellant is indigent and entitled to court-appointed counsel. If appellant is indigent, we **ORDER** that counsel be appointed to represent appellant in this appeal. If appellant is not indigent, a finding shall be made regarding whether appellant has retained new counsel to represent her in the appeal.

- A finding shall next be made regarding whether appellant is entitled to proceed without payment for the reporter's record. If appellant is not indigent for purposes of the record, a finding shall be made regarding whether payment arrangements have been made for the record.

- Finally, a finding shall be made regarding the date by which the reporter's record will be filed.

We **ORDER** that the findings on these issues be transmitted to this Court by **FRIDAY, MAY 9, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Mary Murphy, Presiding Judge, First Administrative Judicial Region; (2) the Honorable Robert Burns, Presiding Judge, Dallas County District Courts; (3) the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Abe Facto; and Michael Casillas, Dallas County District Attorney's Office.

The appeal is **ABATED** to allow compliance with this order.  The appeal shall be reinstated on May 9, 2014 or when the findings are received, whichever is earlier.

/s/      CAROLYN WRIGHT
        CHIEF JUSTICE